FILED
IN OPEN COURT

FEB 1 0 2025

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

UNITED STATES OF AMERICA

v.                                                                    Case No. 4:24cr57

DANIEL SHAUN SMITH,

Defendant.

### STATEMENT OF FACTS

The United States and the defendant, DANIEL SHAUN SMITH (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1.      On or about January 13, 2024, The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), became aware of the defendant and his possible involvement in the illegal sale of firearms.

2.      A confidential informant ("CI 1") reached out to the ATF about making controlled purchases of drugs and firearms from the defendant. CI 1 and CI 1's significant other had previously sold drugs to the defendant and had also purchased drugs from the defendant in the past and were aware that he had firearms to sell.

3.      On January 16, 2024, the defendant brokered a transaction in which another individual delivered a Star Bonifacio Echeverria, model: 30 MI, 9mm, pistol, S/N: 1716304 (confirmed stolen out of Shenandoah County, Woodstock, Virginia) to CI 1 in the defendant's presence. At the same time, the defendant also delivered to CI 1 an Ithaca Gun Co. INC, shotgun model 31, 12-gauge, S/N: 80852. The understanding between CI 1 and the defendant at that time was that CI 1 would pay the defendant at a later date with respect to this firearm sale.

1

4.      On or about January 18, 2024, a controlled purchase, utilizing a confidential informant ("CI 1"), was conducted from the defendant at his residence located at **79 Gum Fork Road, Gloucester, Virginia and another address to which they traveled during the controlled purchase. CI 1 provided the defendant with the aggregate sum of $950.00 for the January 16 purchase as well as the following items, which were delivered during the January 18 transaction:

    a.  A Stevens Model .311, Series H Shotgun, S/N: B980116.

    b.  Ammunition.

5.      During this interaction on January 18, 2024, the defendant asked CI 1 if they wanted to use methamphetamine with him. CI 1 told the defendant that they could not because they were on active probation.

6.      On or about February 8, 2024, a controlled purchase, utilizing CI 1, was conducted from the defendant at his residence located at, **79 Gum Fork Road, Gloucester, Virginia. CI 1 provided the defendant with $2,160.00 and in return the defendant provided CI 1 the following;

    a.  A Harrington and Richardson, Talo Squire, sawed off shotgun, S/N: AS205901.

    b.  A Smith and Wesson, 38 caliber, revolver, S/N: 1K63213.

    c.  1,971 rounds of assorted ammunition.

    d.  Four rifle scoops.

    e.  A Tactacam scope.

    f.  1.62 grams of methamphetamine.

7.      Additionally, another individual present during the February 8, 2024 controlled purchase, provided CI 1 3,000 rounds of ammunition.

8.      Bureau of Alcohol, Tobacco and Firearms (ATF) examined the recovered firearm(s) and ammunition to determine their origin and status as to travel in interstate and foreign

2

commerce. The conclusion was that the firearm(s) and ammunition were not manufactured in the Commonwealth of Virginia and therefore, must have been shipped or transported in interstate commerce, if it was received or possessed in the Commonwealth of Virginia. The firearm(s) functioned as designed and were capable of expelling a projectile by the means of an explosive.

9.    The defendant is attributed with five (5) firearms.

10.    From on or about January 2024, through on or about March 2024, in the Eastern District of Virginia, the defendant, DANIEL SHAUN SMITH, being an unlicensed importer, manufacturer or dealer, did knowingly engage in the business of importing, manufacturing, or dealing in firearms, to wit: a Star Bonifacio Echeverria, model: 30 MI, 9mm, pistol, S/N: 1716304, confirmed stolen out of Shenandoah County, Woodstock, Virginia; an Ithaca Gun Co. INC, model 31, 12-gauge, S/N: 80852; a Stevens Model .311, Series H Shotgun, S/N: B980116; a Harrington and Richardson, Talo Squire, sawed off shotgun, S/N: AS205901; a Smith and Wesson, 38 caliber, revolver, S/N: 1K63213, and ammunition. In violation of Title 18 United States Code, Sections 922(a)(1)(A).

11.    On or about February 8, 2024, in the Eastern District of Virginia, the defendant, DANIEL SHAUN SMITH, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II narcotic controlled substance. In violation of Title 21 United States Code, Section 841(a)(1).

12.    The acts described above taken by defendant, DANIEL SHAUN SMITH, were done willfully, knowingly, intentionally, and unlawfully and not by accident, mistake or other innocent reason. The defendant further acknowledges that the foregoing statement of facts covers

the elements of the offenses charged but does not describe all of the defendant's conduct relating to the offenses charged in this case.

13.    All of the events described occurred in the Eastern District of Virginia.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____
Devon E.A. Heath
Assistant United States Attorney
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
(757) 591-4000
Devon.Heath@usdoj.gov

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, and the United States, I hereby stipulate that the above Statement of Facts is a partial summary of the evidence which is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____         2-10-2025
DANIEL SHAUN SMITH                       Date
Defendant


I am DANIEL SHAUN SMITH's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____         2/10/2025
Michael C. Moore                         Date
Counsel for defendant

5